```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                - against -

MAXIMO NUNEZ,

                          Defendant.

**24 Cr. 37 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Maximo Nunez's sentencing in this matter is currently scheduled for May 24, 2024. On consent of the parties, the Court hereby adjourns that sentencing proceeding to May 31, 2024, at 11:00 A.M.

**SO ORDERED.**

Dated:    21 March 2024
              New York, New York

                                                _____
                                                    Victor Marrero
                                                       U.S.D.J.