**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

March 27, 2024

By ECF
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007-1312

   Re: <u>United States v. Maximo Nunez</u>,
     24 Cr 37(VM)

Your Honor,

As the Court is aware Mr. Nunez has been released on bail of a $200,000 personal recognizance bond, co-signed by three financially responsible persons with certain travel restrictions since his initial arraignment including after his guilty plea was entered before your Honor on January 24, 2024. Mr. Nunez respectfully asks this Court to allow him to travel on April 12 – 14 to the Showboat Hotel in Atlantic City so he can take his son there for his son's birthday and avail themselves of the indoor water park at the hotel. I have communicated with both AUSA Jaclyn Delligatti and Mr. Nunez' Pre-Trial Officer Karina Vilefort and neither has any objection to this request. Mr. Nunez is in full compliance with all of his release conditions.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.

```
Request GRANTED. Travel is hereby permitted on the
terms and dates indicated herein.

SO ORDERED.
Dated: 4/9/2024
                                       Victor Marrero
                                           U.S.D.J.
```