**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

July 8, 2024

By ECF
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2024

Re: United States v. Maximo Nunez,
24 Cr 37(VM)

Your Honor,

As the Court is aware Mr. Nunez was sentenced by this Court on June 7th to a term of 3 years probation with one year of community confinement to start on August 23rd. Mr. Nunez respectfully asks this Court to allow him to travel on August 14th to San Juan, Puerto Rico and return home on August 22nd. He is traveling with his family to see various members of his family who live there. As the Court is well aware Mr. Nunez never violated any of his pre-trial release conditions and has satisfied all of his post sentence duties as of this date. I have communicated with Ms. Almonte his probation officer and she has informed me that it is office policy not to approve any travel this early in a person's probationary period. I would most respectfully ask the Court to authorize this travel nonetheless as Mr. Nunez has proven that he is a responsible defendant who abides by the Court's orders. This is the only time he can go and bring his family and see his whole family due to summer vacation schedules. We will of course provide Ms. Almonte with his flight and hotel details..

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.

Request **GRANTED**. Defendant is authorized to travel on the dates and pursuant to the terms referenced herein.

**SO ORDERED.**
Dated: 7/11/24

Victor Marrero
U.S.D.J.