USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2025

**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

By ECF
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007-1312

Re: United States v. Maximo Nunez,
    24 Cr 37(VM)

> Defendant's request to travel to Aruba from August 28, 2025, to September 2, 2025, is hereby **GRANTED**. Defendant shall comply with any conditions imposed by his Probation Officer during his travel.
>
> **SO ORDERED.**            _____
>                            Victor Marrero
>                            U.S.D.J.
>
> Dated: July 25, 2025

Your Honor,

As the Court is aware Mr. Nunez was sentenced on June 3, 2024 by this Court to time served and 3 years of supervised release. Since his sentence he has been successfully completing his term of supervised release with no violations. He would respectfully request that the Court allow him to take a trip with his girlfriend to celebrate his birthday to Aruba on August 28th an return on September 2nd. He will be flying on JetBlue both ways and staying in the Secrets Baby Beach Hotel.

The Court might remember that it had authorized Mr. Nunez to take a trip while he was out on bail on this matter before his plea and sentence and there was no problems with this trip or his return to this jurisdiction.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.