**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2026
```

UNITED STATES OF AMERICA,

**24-cr-037 (VM)**

           - against -

**ORDER**

MAXIMO NUNEZ,

               Defendant.

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for June 26, 2026, at 10:00 a.m. is adjourned to September 11, 2026, at 2:00 p.m.

**SO ORDERED.**

Dated:    22 June 2026
          New York, New York

                                Victor Marrero
                                U.S.D.J.