**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

UNITED STATES OF AMERICA

- against -

MAXIMO NUNEZ,

Defendant.

**24-cr-037 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The VOSR status conference scheduled for September 11, 2026, is adjourned to December 11, 2026, at 11 a.m.

**SO ORDERED.**

Dated: 10 September 2026
New York, New York

Victor Marrero
U.S.D.J.